

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-22-00148-CV |
| | § | Appeal from the |
| IN THE MATTER OF THE ESTATE OF HELENE PAXTON, Deceased | § | Probate Court No. 2 |
| | § | of El Paso County, Texas |
| | § | Cause No. 2009-P00743-C |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the trial court's grant of summary judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings, in accordance with this Court's opinion. We further order that Appellants recover from Appellees all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF AUGUST, 2023.


GINA M. PALAFOX, Justice

Before Palafox, J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)